

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00794-CR

The **STATE** of Texas,
Appellant

v.

Michael **REISING,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1601-CR-B
Honorable William Old, Judge Presiding

## O R D E R

The District Clerk's Notification of Late Record is GRANTED.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court